UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Paul Vanhorn, *et al.*,

    Plaintiffs,

    v.

Alex Lape,
*Sheriff of Fairfield County,*

    Defendant.

Case No. 2:24-cv-3597

Judge Michael H. Watson

Magistrate Judge Litkovitz

## ORDER

The Magistrate Judge issued a Report and Recommendation ("R&R") recommending the Court dismiss Christopher Cook's ("Plaintiff") claims for failure to prosecute. R&R, ECF No. 25. The R&R notified Plaintiff of his right to object to the recommendation therein and of the consequences of failing to do so. *Id.* at 2–3.

The deadline for objecting has passed, and Plaintiff did not object. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES WITHOUT PREJUDICE** Plaintiff's claims for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall terminate Plaintiff from this case. The Court **CERTIFIES** under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT